## LEVINE LEE LLP

### NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

Seth L. Levine
212 257 4040 direct
slevine@levinelee.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/18

April 20, 2018

**Via ECF**

**MEMO ENDORSED**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

OK

*[signature]*
4/23/18

Re:   *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

On behalf of Matthew Connolly and Gavin Campbell Black ("Defendants"), we submit this letter to respectfully request a page-limit increase to enable Defendants to file joint omnibus motions *in limine* rather than individual motions. Specifically, Defendants request a 30-page increase—the same increase provided to the Government—for a total of 55 pages. The Government has agreed not to oppose this request. [*See* ECF No. 211.]

Defendants also propose to file individual motions *in limine* addressing issues unique to each Defendant that will comply with the page limitations set forth in the Court's Individual Practices and Procedures Rule IV.E.

Thank you for your consideration.

Respectfully submitted,

Levine Lee LLP

/s/ Seth L. Levine
Seth L. Levine
Miriam L. Alinikoff

cc: All parties (via ECF)