UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW CONNOLLY and<br>GAVIN CAMPBELL BLACK,<br><br>*Defendants*. | No. 1:16-cr-00370 (CM)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT MATTHEW CONNOLLY'S MOTION *IN LIMINE* TO ADMIT EVIDENCE INDICATIVE OF HIS WITHDRAWAL FROM THE ALLEGED CONSPIRACY

PLEASE TAKE NOTICE that, upon the Memorandum of Law filed herein, Defendant Matthew Connolly, by and through his undersigned counsel, hereby moves this Court for an Order grating Defendant Matthew Connolly's Motion *in Limine* to Admit Evidence Indicative of His Withdrawal From the Alleged Conspiracy, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
April 23, 2018

By:  *s/ Kenneth M. Breen*
Kenneth M. Breen
John P. Nowak
Phara A. Guberman
Jane H. Yoon
Amanda L. Pober

**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile:  (212) 319-4049
kennethbreen@paulhastings.com
johnnowak@paulhastings.com

        pharaguberman@paulhastings.com
        janeyoon@paulhastings.com
        amandapober@paulhastings.com

*Attorneys for Defendant Matthew Connolly*