

200 Park Avenue
New York, NY 10166
Phone: +1 212 318 6000
Fax: +1 212 319 4090

April 23, 2018

Via ECF
Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Connolly*, et al., No. 16-cr-00370

Dear Chief Judge McMahon:

      We respectfully submit this letter on behalf of Defendant Matthew Connolly pursuant to Rule IV.H. of Your Honor's Individual Practices and Procedures to request oral argument on Defendant Matthew Connolly's Individual Motion *in Limine* to Admit Evidence Indicative of His Withdrawal From the Alleged Conspiracy, filed April 23, 2018.

      Respectfully submitted,

      Paul Hastings LLP

      *s/ Kenneth M. Breen*

      *Attorneys for Defendant Matthew Connolly*

cc:   All parties (via ECF)