

U.S. Department of Justice

Criminal Division

*Fraud Section*                                                                                          Washington, D.C. 20530

May 14, 2018

**BY ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Connolly, et al.*, S1 16 CR 370 (CM)

Dear Chief Judge McMahon:

      The government is hereby filing for the Court's awareness a document that was provided to defense counsel for Mr. Black earlier today.  This document is an email thread containing internal Department of Justice emails sent subsequent to the email thread previously produced to the defense and admitted at the April 24, 2018 *Kastigar* hearing as Defense Exhibit 253.  In light of the discussion of DX-253 at the hearing, the government undertook an additional review pertaining to the thread and identified this document.  The new emails are DOJ-only, do not reference Mr. Black, and do not fall within the Court's *Jencks* ruling.

                                            Respectfully submitted,

                                            /s/ D. Brittain Shaw
                                            D. BRITTAIN SHAW
                                            CHRISTOPHER D. JACKSON
                                            JESSEE C. ALEXANDER-HOEPPNER
                                            Trial Attorneys
                                            Criminal Division, Fraud Section
                                            U.S. Department of Justice

CC (via ECF):  Counsel for Matthew Connolly and Gavin Black