# LEVINE LEE LLP

### NEW YORK

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

May 17, 2018

**VIA ECF**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

    We respectfully submit this letter on behalf of Defendants Matthew Connolly and Gavin Campbell Black pursuant to the Court's order dated May 15, 2018 [Dkt. No. 262 at 13], concerning the trial schedule. Defendants respectfully agree that an adjournment of the trial is necessary.

    Respectfully submitted,

    Levine Lee LLP

    /s/ Seth L. Levine
    Seth L. Levine
    Scott B. Klugman
    Miriam L. Alinikoff
    *Counsel to Defendant Gavin Campbell Black*

    Paul Hastings LLP

    /s/ Kenneth M. Breen
    Kenneth M. Breen
    Phara A. Guberman
    Jane H. Yoon
    (electronically signed with permission)
    *Counsel to Defendant Matthew Connolly*

cc:  All parties (via ECF)