# LEVINE LEE LLP

### NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/18
```

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

May 17, 2018

**MEMO ENDORSED 5/17/2018**

*September 10 we will select a jury. Or we will select on September 5, but will not sit on the 10 or 11.*

**VIA ECF**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

We respectfully submit this letter on behalf of Defendants Matthew Connolly and Gavin Campbell Black pursuant to the Court's order dated May 15, 2018 [Dkt. No. 262 at 13], concerning the trial schedule. Defendants respectfully agree that an adjournment of the trial is necessary.

Respectfully submitted,

Levine Lee LLP

/s/ Seth L. Levine
Seth L. Levine
Scott B. Klugman
Miriam L. Alinikoff
*Counsel to Defendant Gavin Campbell Black*

Paul Hastings LLP

/s/ Kenneth M. Breen
Kenneth M. Breen
Phara A. Guberman
Jane H. Yoon
(electronically signed with permission)
*Counsel to Defendant Matthew Connolly*

cc: All parties (via ECF)