

1(212) 318-6006
janeyoon@paulhastings.com

September 7, 2018

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *United States v. Connolly, et al.*, No. 16-CR-00370

Dear Chief Judge McMahon:

    Pursuant to the Court's order, Defendants Connolly and Black respectfully submit proposed preliminary and final jury instructions in connection with the above-referenced matter.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jane H. Yoon*

Jane H. Yoon
for PAUL HASTINGS LLP

cc: Counsel for all Parties (via ECF)