UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/18
```

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                                                 16 Cr. 370 (CM)

MATTHEW CONNOLLY AND
GAVIN CAMPBELL BLACK,

    Defendants.

------------------------------------------------------------x

## COURTROOM CHANGE ORDER

McMahon, C.J.:

    The trial of this matter commenced on September 17, 2018, in Courtroom 24A. However, Courtroom 24A suffered water damage today, necessitating that the room be closed for protracted emergency maintenance. Therefore, beginning September 20, the balance of trial will be held in Courtroom 23B.

September 18, 2018

_____
Colleen McMahon
Chief Judge