# LEVINE LEE LLP
### NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

December 17, 2018

<u>VIA ECF</u>

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

We respectfully submit this letter on behalf of Defendants Matthew Connolly and Gavin Campbell Black in response to the Government's motion to strike Defendants post-trial motions. [ECF No. 403.]

As the Court recognized in reserving on most of Defendants' Rule 29 motions at the close of the Government's case, "if there is or are convictions in this case I am positive that we will have quite extensive post-trial motion briefing." [Tr. 2531:6-8.] The Court also set a briefing schedule that reflected the significant post-trial issues that Defendants had to address, initially granting Defendants six weeks to file their post-trial motions, and later extending that deadline by an additional 10 days. [*See* Tr. 2954:12-13; ECF No. 389.] Based on the Court's recognition that Defendants would file substantial post-trial motions, Defendants believed that they had leave to file briefs in support of their motions that exceeded the page limits set forth in the Court's Individual Rules of Practice. If Defendants were in error in this belief, they respectfully submit this letter to request an extension of the Court's page limit requirements to permit them to file the briefs on file at ECF Nos. 391, 393 and 398.

Though the Government did not confer with Defendants prior to filing its requests to file an enlarged response and adjourn the briefing schedule, Defendants do not object to those requests. To the extent the Court grants the Government's requests to file an enlarged response and adjourn the briefing schedule, Defendants respectfully request that the Court adjourn

2

Defendants' deadline for filing reply papers, such that they be due 30 days after the Government's opposition briefs are filed.

    We thank the Court for its consideration.

                                                                              Respectfully submitted,

                                                                              Levine Lee LLP

                                                                              /s/ Seth L. Levine
                                                                              Seth L. Levine
                                                                              Scott B. Klugman
                                                                              Miriam L. Alinikoff

cc:  All parties (via ECF)

Case 1:16-cr-00370-CM    Document 405    Filed 12/18/18    Page 2 of 2