# LEVINE LEE LLP
## NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Scott B. Klugman**
212 257 4030 direct
sklugman@levinelee.com

March 29, 2019

<u>VIA ECF</u>

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

    We write to supplement an exhibit filed in connection with our Reply Memorandum of Law In Further Support of Defendants' Motion For Prosecutorial Misconduct. [ECF No. 425 (the "Reply Brief").] Attached as Exhibit 5 to the declaration of Scott B. Klugman in further support of that Motion is an e-mail dated March 1, 2018 between counsel to Mr. Black and the Government's Filter Team (the "March 1 E-mail"). [ECF No. 426-5.]

    Subsequent to our filing, the Government's Filter Team correctly pointed out that the March 1 E-mail was incomplete and asked that we file the complete chain with the Court. That e-mail is attached here as Exhibit A. As reflected in Exhibit A, the Filter Team ultimately shared some detail, on March 7, 2018, concerning the "technical error" that prevented it from producing all of the relevant materials, including e-mails reflecting communications between the Government and Mr. Prange, prior to the December Hearing; accordingly, the statement in our Reply Brief at page 30 that the "Filter Team refused to provide Mr. Black with any detail" is not accurate. As further reflected in Exhibit A and Defendants' Opening Brief [ECF No. 398 at 44], we first brought this matter to the attention of the Filter Team on February 16, 2018, shortly after the Government's February 14, 2018 Jencks Act production revealed that the Government's prior productions did not contain materials shown to the declarants during the Filter Team's interviews. [ECF No. 399-29 (Levine Decl. in Support of Defs.' Opening Brief at Ex. 29).]

    Nothing in the e-mail at Exhibit A alters Mr. Black's position or the material facts: the "technical error" that prevented the Filter Team from making complete productions of relevant e-mails does not excuse its failure to apprise the Court and Mr. Black of the existence of these materials before or during the December Hearing. Such materials reflect that (i) the

Government's representations as to the scope of the FCA's involvement in the King proffer and (ii) the declaration of Jennifer Saulino filed by the Filter Team in support of the Government's *Kastigar* opposition, were false and misleading. [*See* ECF No. 398 at 41-45; ECF No. 425 at 28-31.]

        Respectfully submitted,

        Levine Lee LLP

        /s/ Scott B. Klugman
        Scott B. Klugman
        Seth L. Levine
        Miriam L. Alinikoff
        Dylan A. Stern

cc: All parties (via ECF)