UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                                        16 cr 370 (CM)

MATTHEW CONNOLLY AND
GAVIN CAMPBELL BLACK,

           Defendants.
-----------------------------------------------------------x

## ORDER

McMahon, C.J.:

    Simultaneously with the entry of this order, the court is posting on ECF redacted versions of decisions denying all post-trial motions. The redactions relate to grand jury testimony and to material filed under seal. Full copies of the redacted decisions are being filed under seal.

    The parties should communicate with Mr. O'Neill forthwith about a sentencing date.

    In connection therewith, the court would like the relevant sentencing submissions to address whether Mr. Black could serve any sentence of any sort that might be imposed in the United Kingdom.

Dated: May 2, 2019

                                                      Chief Judge

BY ECF TO ALL COUNSEL