# LEVINE LEE LLP
## NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

Seth L. Levine
212 257 4030 direct
slevine@levinelee.com

October 23, 2019

**Via ECF**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

      Pursuant to Rule VI.J of Your Honor's Individual Practices and Procedures, please find attached a proposed electronic devices order on behalf of both Defendants.

      Respectfully submitted,

      Levine Lee LLP

      /s/ Seth L. Levine
      Seth L. Levine

cc:  All parties (via ECF)