**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:16-cr-00370 (CM) |
| v. | ECF Case |
| MATTHEW CONNOLLY and GAVIN CAMPBELL BLACK, | |
| *Defendants*. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022

[~~PROPOSED~~] ORDER

The Motion to Modify Conditions of Release for Matthew Connolly is GRANTED. Mr.

Connolly is no longer subject to sections (7)(d)-(f) of the Additional Conditions of Release (Dkt.

6). The Court hereby orders the return of Mr. Connolly's passport to him, permits him to travel

domestically without restriction, and permits him to apply to obtain a passport renewal if his

passport is expired.

3/15/2022
Date

_____
Hon. Colleen McMahon
United States District Judge