AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

V.

MATTHEW CONNOLLY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:S1 16 CR 370-01 (CM)

The Second Circuit Court of Appeals has reversed the judgment of conviction in this matter, and remanded the case to the district court for entry of a judgment of acquittal. *See United States v. Connolly and Black*, Case 19-3806, Document 178-1, 01/27/2022, 3250685 (2d Cir. 2022) (Mandate Issued on 3/16/2022).

ACCORDINGLY, IT IS ORDERED that Matthew Connolly is acquitted on all counts.

Mr. Connolly is no longer subject to the Order Setting Conditions of Release (Dkt. 6). The Court hereby orders the release of the Appearance Bond entered on June 2, 2016, and directs the Court's Financial Administrator to facilitate a refund from the United States Treasury to Mr. Connolly for the fine and assessment Mr. Connolly paid in connection with his now vacated convictions.

_____
Signature of Judge

Colleen McMahon | U.S.D.J.
Name of Judge | Title of Judge

4/21/2022
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022