**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW CONNOLLY and<br>GAVIN CAMPBELL BLACK,<br><br>*Defendants.* | No. 1:16-cr-00370 (CM)<br><br>ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022

## [PROPOSED] ORDER

The Motion for Entry of a Judgment of Acquittal, Termination of Conditions of Release, and Reimbursement of Fine and Assessment is GRANTED. Mr. Connolly is no longer subject to the Order Setting Conditions of Release (Dkt. 6). The Court hereby orders the release of the Appearance Bond entered on June 2, 2016, and directs the Court's Financial Administrator to facilitate a refund from the United States Treasury to Mr. Connolly for the fine and assessment Mr. Connolly paid in connection with his convictions.

4/21/2022
Date

_____
Hon. Colleen McMahon
United States District Judge